THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE D'AMBROSIO, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent

No opinion. Appeal from judgment of said court dated December 29, 1965 dismissed, as academic, without costs. That judgment was superseded by the judgment dated February 1, 1966, which granted reargument but adhered to the original determination, dismissing the writ of habeas corpus. Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.